B. CLYDE HUTCHINSON, State Bar No. 37526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:       (510) 433-2600
Facsimile:        (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) and
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHANDA HASAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FIDEL PINON, NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, and DOES 1 to 50,<br><br>　　　　　　　Defendants. | Case No. 3:13-cv-05677 RS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between plaintiff ROSHANDA HASAN  and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, and FIDEL PINON, by and through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party to bear their own costs.

///

///

///

DATED: August 17, 2015     LEDGER LAW FIRM

By  /s/ *Brandon Carr*
    BRANDON CARR
    Attorneys for Plaintiff
    ROSHANDA HASAN

DATED: August 17, 2015     LOMBARDI, LOPER & CONANT, LLP

By:  /s/ *Kara A. Abelson*
    B. CLYDE HUTCHINSON
    KARA A. ABELSON
    Attorneys for Defendants
    NATIONAL RAILROAD PASSENGER
    CORPORATION and BNSF RAILWAY
    COMPANY

DATED: August 17, 2015     POWERS & MILLER

By:  /s/ *Robert F. Bennett, Jr.*
    ROBERT F. BENNETT, JR.
    Attorneys for Defendant
    FIDEL PINON

IT IS SO ORDERED.

Dated:  8/17        , 2015

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-43243 KAA 666247.1     - 2 -     STIPULATION AND ORDER OF DISMISSAL
CASE NO. 1:13-CV-00522-LJO-MJS